IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01919-BNB

JAMES R. DAWSON, JR.

    Plaintiff,

v.

JOHN SUTHERS,

    Defendant.

ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Chief Judge Marcia S. Krieger and to Magistrate Judge Boyd N. Boland.  Accordingly, it is

ORDERED that this case shall be assigned to Chief Judge Marcia S. Krieger and to Magistrate Judge Boyd N. Boland pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED July 18, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge