IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-1919-MSK-NYW

JAMES R. DAWSON, JR.,

       Plaintiff,

v.

JOHN SUTHERS,

       Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #23**) filed on September 21, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #21**) it is

ORDERED that:

The Recommendation of Magistrate Judge Wang (**Doc. #21**) is **ADOPTED** in accordance with (**Doc. #23**). Motion to Dismiss (**Doc. #11**) is **GRANTED**. All claims in this action are DISMISSED.

The case will be closed.

Dated this 21st daySeptember, 2015.

                             ENTERED FOR THE COURT:
                             JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk